PROB 12C
(Rev. 11/99)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Cedric James			Case Number: 2:94CR00003-001

Name of Sentencing Judicial Officer: U.S. District Judge David Folsom

Date of Original Sentence: November 1, 1995

Original Offense:	Felon in Possession of a Firearm

Original Sentence:	110 Months Imprisonment and Three Years Supervised Release

Type of Supervision: Supervised Release		Date Supervision Commenced: February 22, 2008

Assistant U.S. Attorney: Gregg Marchessault

Defense Attorney: Patrick Black

---

## PETITIONING THE COURT

TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION | NATURE OF NONCOMPLIANCE |
|---|---|
| Mandatory<br>The defendant shall not commit another federal, state, or local crime. | On August 7, 2008, Mr. Cedric James was arrested for the offenses of Evading Arrest; two separate charges of Fail to Give Notice/Striking Unattended Vehicle; Possession of Marijuana. The offender was released on bond. Mr. James was again arrested on August 27, 2008, for the offenses of Assault Causes Bodily Injury of a Family Member; Evading Arrest/Detention; Resisting Arrest Search or Transport and Attempting to Take Weapon From An Officer. |

| | |
|---|---|
| | On December 11, 2008, Mr. James was found not guilty for the offense of Attempting to Take Weapon From Peace Officer. |
| | On January 27, 2009, the offender was found guilty of the offense of Possession of Marijuana. He was sentenced to 180 days in jail and received credit for time served. |
| | On February 24, 2009, the offender was found guilty of the offense of Failure of Operator Duty on Striking Unattended Vehicle. He was sentenced to 180 days in jail and received credit for time served. |
| | On April 29, 2009, the offender was found guilty of the offense of Assault. He was sentenced to 365 days in jail and received credit for time served. |
| <u>Mandatory</u><br>The defendant shall not illegally possess a controlled substance. | On April 17, 2008, the offender voluntarily submitted a urine sample which tested positive for marijuana. The offender admitted to smoking marijuana on or about April 17, 2008. |
| | On January 27, 2009 the offender was found guilty of the offense of Possession of Marijuana. He was sentenced to 180 days in jail and received credit for time served. |

**U.S. Probation Officer Recommendation and Justification:**

To issue a warrant for Cedric James to appear in court and show cause why his supervision should not be revoked.

| | |
|---|---|
| I declare under penalty of law that the foregoing is true and correct. | Reviewed and approved: |
| *Deborah K. White* (signature)<br>Deborah K. White<br>U.S. Probation Officer<br>903-566-9790 ext. 230 | *Marko Finley* (signature)<br>Joe Heath, Supervising<br>U.S. Probation Officer |

Executed on May 8, 2009
Place: Tyler, Texas

---

**THE COURT ORDERS:**

[X] The Issuance of a Warrant
[ ] Other

_____
U.S. District Judge David Folsom

6/15/09
Date